## Dion *v.* Ford Motor Co., Appellant.

Argued September 12, 1973. *Robert R. Reeder,* with him *White and Williams,* for appellant; *Steven E. Angstreich,* with him *Mann and Ungar,* for appellee.

Order affirmed.

SPAULDING, J., absent.

## Eisenberg, Appellant, *v.* Brokers Title Co., Inc. et al.

Argued September 13, 1973. *Lester H. Novack,* with him *Cohen & Novack,* for appellant; *Gilbert B. Abramson,* with him *Eilberg, Corson & Getson,* for appellees.

Judgment affirmed.

SPAULDING, J., absent.